IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05-cr-08 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL A. DUDASH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this 12th day of August, 2009, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, GRANTED.

It is FURTHER ORDERED that the motion to be filed, when filed in the above-captioned case, shall remain sealed until further Order of Court.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:   Tina O. Miller, AUSA
      Email: tina.o.miller@usdoj.gov

      Jay J. Finkelstein, Esquire
      Email: jay_finkelstein@fd.org